# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **CRIMINAL ACTION NO. 17-208-1** |
| | : | |
| **BASIL BEY** | : | |

## ORDER

This 23rd day of September, 2020, it is hereby **ORDERED** that Defendant Basil Bey's Motion to Bar Application of Mandatory Minimum Provisions (ECF #405) is **DENIED**.

/s/ Gerald Austin McHugh
United States District Judge