**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CRIMINAL ACTION NO. 17-208-1** |
| | : | |
| **BASIL BEY** | : | |

## ORDER

This 31st day of March, 2025, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Defendant's Motion pursuant to § 2255, ECF 532, is **DENIED.**

There is no basis for the issuance of a certificate of appealability.

 /s/ Gerald Austin McHugh
United States District Judge